IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-93-BR

| | | |
|---|---|---|
| SOUTHERN RESEARCH INSTITUTE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VIRDIA, INC. (FORMERLY KNOWN AS | ) | |
| HCL CLEANTECH, INC.), | ) | |
| | ) | |
| Respondent. | ) | |

This court has considered the *Motion to Order Service by the U.S. Marshals Service* [DE-4] filed by movant Southern Research Institute, and finds that allowing the motion would be just, equitable and consistent with the provisions of the Federal Arbitration Act, 9 U.S.C. § 9. Accordingly, it is ORDERED that the motion is ALLOWED, and that the United States Marshals Service is DIRECTED to serve the Application and Motion to Confirm Arbitration Award and Brief in Support of Application and Motion to Confirm Arbitration Award on Respondent Virdia, Inc. through its Registered Agent, Incorporating Services, Ltd., 3500 S. Dupont Highway, Dover, DE 19901.

So ordered, the 21st day of February, 2013.

Robert B. Jones, Jr.
United States Magistrate Judge